Ruth Walker Sewell, Appellee, v. Arthur Sewell,
Defendant Below.   Alva L. Bates, Appellant.

Gen. No. 41,879.

opinion filed June 16, 1943.   Bates &
Conner, for appellant; Alva L. Bates, of counsel; Henry C. Ferguson,
for appellee.   Opinion by PRESIDING JUSTICE SULLIVAN.   ''Not to be
published in full.''